UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN P. SCHOEMEHL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PRIDE ELECTRIC, INC., )<br>)<br>Defendant. ) | Cause No. 4:05CV1304 FRB |

**CONSENT JUDGMENT**

The Parties having moved jointly for entry of judgment,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs have judgment against Defendant for $241,286.76 in unpaid contributions and $38,730.42 in unpaid wages.

IT IS FURTHER ORDERED that Plaintiffs have judgment against Defendant for interest and liquidated damages on the unpaid contributions, in an amount to be calculated after payments are received and reasonable attorneys' fees and costs.

*Frederick R. Buckles*
The Honorable Frederick R. Buckles
United States Magistrate Judge

Dated this  3rd  day of January, 2006.